```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 11525
   CATHERINE WARE
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7215

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/14/2006 and was confirmed 02/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK           MORTGAGE ARRE   22680.40            .00            .00
WELLS FARGO BANK           CURRENT MORTG    6787.29            .00        6787.29
INTERNAL REVENUE SERVICE   PRIORITY           81.39            .00            .00
CAPITAL ONE                UNSECURED         469.00            .00            .00
CAPTAL ONE                 UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        5043.41            .00            .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00            .00
DIAMOND CENTER             UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED          30.00            .00            .00
CITY OF CHICAGO WATER MG   UNSECURED      NOT FILED            .00            .00
MELVIN J KAPLAN            DEBTOR ATTY     3,000.00                       1,963.41
TOM VAUGHN                 TRUSTEE                                          509.30
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            9,260.00

PRIORITY                                         .00
SECURED                                     6,787.29
UNSECURED                                        .00
ADMINISTRATIVE                              1,963.41
TRUSTEE COMPENSATION                          509.30
DEBTOR REFUND                                    .00
                   ---------------       ---------------
TOTALS             9,260.00                 9,260.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 11525 CATHERINE WARE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/18/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE